IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 18-26902 |
| Charissa A Stiefvater | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Carol A. Doyle |

NOTICE OF MOTION

TO:   Tom Vaughn, *Via Electronic Filing*

Charissa A Stiefvater, 2 Delaware Court Schaumburg, IL 60193, *Via US Mail*

Additional Creditors, *Via Attached Notice of Chapter 13 Bankruptcy Case*

On November 27, 2018 at 10:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Carol A. Doyle or any other Bankruptcy Judge presiding at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604, and shall request that the Attorney's Application for Compensation be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 6:00 p.m. on or before November 5, 2018.

/s/ *David H. Cutler*
Attorney for Debtor(s)

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Charissa A Stiefvater | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2 Delaware Court<br>Schaumburg, IL 60193 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847-673-8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294-5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1-866-222-8029<br>Date: 9/26/18 |
# Information to identify the case:

Debtor 1: **Charissa A Stiefvater**
First Name  Middle Name  Last Name

Debtor 2: (Spouse, if filing)
First Name  Middle Name  Last Name

United States Bankruptcy Court   Northern District of Illinois

Case number: 18-26902

Social Security number or ITIN   xxx-xx-5613
EIN   __-_____
Social Security number or ITIN   ____
EIN   __-_____
Date case filed for chapter 13   9/25/18

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                           12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

For more information, see page 2

Case 18-26902  Doc 15  Filed 09/25/18  Entered 09/25/18 23:26:34  Desc Maine
Certificate of Notice  Page 3 of 7
Document   Page 3 of 4

Debtor  Charissa A Stiefvater                                    Case number 18-26902

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | November 6, 2018 at 03:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br>55 East Monroe, Suite 3850, Chicago, IL 60603 | |
|---|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/7/19** | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/4/18** | |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/25/19** | |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/27/18 at 10:30 AM**, Location: **219 South Dearborn, Courtroom 742, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | | |

United States Bankruptcy Court
Northern District of Illinois

In re:
Charissa A Stiefvater
    Debtor

Case No. 18-26902-CAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: rgreen    Page 1 of 2    Date Rcvd: Sep 26, 2018
Form ID: 309I    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
```
db           +Charissa A Stiefvater,    2 Delaware Court,    Schaumburg, IL 60193-5704
27105042     +A/r Concepts,    18-3 E Dundee Rd,    Barrington, IL 60010-5275
27105043     !Amercred,    400 West Lake Street,    Roselle, IL 60172-3574
27105044     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner,     Attn: Bankruptcy,    Po Box 5010,
              Woodland Hills, CA 91365)
27105046     +Certified Services Inc,    Attn: Bankruptcy Dept,    1300 N Skokie Highway Suite 103a,
              Gurnee, IL 60031-2144
27105047     +Chamberlain College,    3005 Highland Parkway,    Downers Grove, IL 60515-5798
27105049     +Merchants Credit,    223 W Jackson Blvd,    Ste 700,    Chicago, IL 60606-6914
27105050     +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
27105051     +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
              Oak Brook, IL 60523-8852
27105054     !Nordstrom,    1600 Seventh Ave, Suite 2600,    Seattle, WA 98101-2284
27105056      PNC,    PO Box 1397,    Pittsburgh, PA 15230-1397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: cutlerfilings@gmail.com Sep 27 2018 02:01:37      David H Cutler,
              Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL 60076
tr           +E-mail/Text: 341NOTICE@TVCH13.NET Sep 27 2018 02:03:43       Tom Vaughn,
              55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust          +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Sep 27 2018 02:02:37      Patrick S Layng,
              Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
              Chicago, IL 60604-2027
27105045      EDI: CAPITALONE.COM Sep 27 2018 05:43:00      Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
27105048     +EDI: RCSFNBMARIN.COM Sep 27 2018 05:43:00      Credit One Bank,    Attn: Bankruptcy,
              Po Box 98873,    Las Vegas, NV 89193-8873
27105052     +E-mail/Text: electronicbkydocs@nelnet.net Sep 27 2018 02:02:52      Nelnet,    Attn: Claims,
              Po Box 82505,    Lincoln, NE 68501-2505
27105055      EDI: AGFINANCE.COM Sep 27 2018 05:38:00      OneMain Financial,    Attn: Bankruptcy,
              601 Nw 2nd Street,    Evansville, IN 47708-1013
27105057      EDI: PRA.COM Sep 27 2018 05:39:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
              Norfolk, VA 23502
27105058     +EDI: DRIV.COM Sep 27 2018 05:38:00      Santander Consumer USA,    Attn: Bankruptcy,
              Po Box 961245,    Fort Worth, TX 76161-0244
27105059     +EDI: RMSC.COM Sep 27 2018 05:43:00      Synchrony Bank/PayPal Cr,    Attn: Bankruptcy Dept,
              Po Box 965060,    Orlando, FL 32896-5060
27105060     +EDI: WABK.COM Sep 27 2018 05:38:00      World Acceptance/Finance Corp,    Attn: Bankruptcy,
              Po Box 6429,    Greenville, SC 29606-6429
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27105053*    +Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '!' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+-' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1                User: rgreen              Page 2 of 2               Date Rcvd: Sep 26, 2018
                                    Form ID: 309I             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
   David H Cutler   on behalf of Debtor 1 Charissa A Stiefvater cutlerfilings@gmail.com,
    r48280@notify.bestcase.com
   Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
   Tom Vaughn  ecf@tvch13.net, ecfchi@gmail.com
                                       TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-26902 |
| Charissa A Stiefvater | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| Debtor(s) | ) | |

**ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER
THE COURT-APPROVED RETENTION AGREEMENT**
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00  flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ _____  for filing fee paid by the attorney with the attorney's funds

$ _____  for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ _____  Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None

A total of  $ _____ .

Date of Application: 11/5/2018

Attorney Signature: /s/ David H. Cutler